**Steve D. Larson**, OSB No. 863540
**Cody Berne**, OSB No. 142797
**Lydia Anderson-Dana**, OSB No. 166167
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:      (503) 227-1600
Facsimile:      (503) 227-6840
Email:          slarson@stollberne.com
                cberne@stollberne.com
                landersondana@stollberne.com

*Local Counsel  for Plaintiff Frederick Ullom*

[Additional counsel to appear on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FREDERICK ULLOM, Individually And On Behalf Of A Class Of Similarly Situated Individuals, <br><br> Plaintiff, <br><br> v. <br><br><br> DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK, <br><br> Defendants. | Case No.: 3:25-cv-00779-JR <br><br><br><br> **NOTICE OF MOTION AND MOTION OF FREDERICK ULLOM TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that class member Frederick Ullom ("Movant") will and hereby does respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Digimarc Corporation ("Digimarc" or the "Company") from May 3, 2024 through February 26, 2025, both dates inclusive; (2) approving Movant's selection of The Schall Law Firm ("SLF") as Lead Counsel and Stoll Stoll Berne Lokting & Shlachter P.C. ("Stoll Berne") as Local Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Brian J. Schall filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated Digimarc investors; (2) approve Movant's selection of SLF as Lead Counsel and Stoll Berne as Local Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

---

[1] Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and have attempted in good faith to resolve or narrow the issue. Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3). Thus, Movant is presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their identities until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement be waived.

DATED: July 7, 2025                 Respectfully submitted,

THE SCHALL LAW FIRM

By: *s/ Brian J. Schall*
Brian J. Schall, *pro hac vice*
Andrew J. Brown, *pro hac vice*
William M. Brody, *pro have vice forthcoming*
Adam L. Rosen, *pro hac vice*
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
andrew@schallfirm.com
adam@schallfirm.com

*Counsel for [Proposed] Lead Plaintiff Frederick Ullom*

STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.
Steve D. Larson, OSB No. 863540
Cody Berne, OSB No. 142797
Lydia Anderson-Dana, OSB No. 166167
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile:  (502) 227-6840
Email: cberne@stollberne.com
       landersondana@stollberne.com

*Local Counsel for [Proposed] Lead Plaintiff Frederick Ullom*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Brian J. Schall*
Brian J. Schall
