**Steve D. Larson**, OSB No. 863540
**Cody Berne**, OSB No. 142797
**Lydia Anderson-Dana**, OSB No. 166167
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
Email:        slarson@stollberne.com
              cberne@stollberne.com
              landersondana@stollberne.com

*Local Counsel  for Plaintiff Frederick Ullom*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FREDERICK ULLOM, Individually And On Behalf Of A Class Of Similarly Situated Individuals, <br><br> Plaintiff, <br><br> v. <br><br><br> DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK, <br><br> Defendants. | Case No.: 3:25-cv-00779-JR <br><br><br> **[PROPOSED] ORDER GRANTING MOTION OF FREDERICK ULLOM TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |

- 1 –
[PROPOSED] ORDER

WHEREAS, the Court has considered the motion of class member Frederick Ullom ("Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Digimarc Corporation ("Digimarc" or the "Company") from May 3, 2024 through February 26, 2025, both dates inclusive; (2) approving Movant's selection of The Schall Law Firm ("SLF") as Lead Counsel and Stoll Stoll Berne Lokting & Shlachter P.C. ("Stoll Berne") as Local Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      Class member Frederick Ullom is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2.      Lead Plaintiff's selection of Lead Counsel and Local Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), SLF is approved as Lead Counsel for the Class and Stoll Berne is approved as Local Counsel in the action.

3.      Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

IT IS SO ORDERED.


Dated: _____                    _____

                                               HON. JOLIE A. RUSSO
                                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER