**Steve D. Larson**, OSB No. 863540
**Cody Berne**, OSB No. 142797
**Lydia Anderson-Dana**, OSB No. 166167
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
Email:        slarson@stollberne.com
              cberne@stollberne.com
              landersondana@stollberne.com

*Local Counsel for Plaintiff Frederick Ullom*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FREDERICK ULLOM, Individually And On Behalf Of A Class Of Similarly Situated Individuals, <br><br> Plaintiff, <br><br> v. <br><br><br> DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK, <br><br> Defendants. | Case No.: 3:25-cv-00779-JR <br><br><br><br> **DECLARATION OF BRIAN J. SCHALL IN SUPPORT OF MOTION OF FREDERICK ULLOM TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL** |

I, Brian J. Schall, declare as follows:

1.      I am the founding partner at The Schall Law Firm  ("Schall Law"), counsel for class member Frederick Ullom ("Movant").  I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the present matter.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto under oath.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's sworn Certification;

Exhibit B:     Movant's Declaration;

Exhibit C:     Charts of Movant's estimated losses;

Exhibit D:     Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on May 9, 2025; and

Exhibit E:     The Schall Law Firm's résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2025, at Los Angeles, California.

*/s/ Brian J. Schall*
Brian J. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Brian J. Schall*
Brian J. Schall
