# EXHIBIT C

**FREDERICK ULLOM LOSS ANALYSIS**     **Digimarc Corporation**

**Class Period: 05/03/24 to 02/26/25**

**DMRC**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** |
| DIGIMARC CUSIP: 25381B101 | 7/30/2024 | 1500 | $33.68 | -$50,520.00 |
| DIGIMARC CUSIP: 25381B101 | 8/8/2024 | 500 | $28.96 | -$14,480.00 |
| DIGIMARC CUSIP: 25381B101 | 8/14/2024 | 538 | $25.20 | -$13,557.60 |
| DIGIMARC CUSIP: 25381B101 | 8/14/2024 | 362 | $25.19 | -$9,118.78 |
| DIGIMARC CUSIP: 25381B101 | 8/14/2024 | 100 | $25.14 | -$2,514.00 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 397 | $28.02 | -$11,123.94 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 201 | $28.13 | -$5,654.13 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 55 | $28.08 | -$1,544.40 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 945 | $28.14 | -$26,592.30 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 363 | $28.14 | -$10,214.82 |
| DIGIMARC CUSIP: 25381B101 | 11/15/2024 | 39 | $28.12 | -$1,096.68 |
| **Class Period purchases:** | | 5,000 | | -$146,416.65 |
| **Class Period sales** | | 0 | | $0.00 |
| | LIFO Retained Purchases: | 5,000 | $13.36 | $66,810.32 |
| | **LIFO Loss:** | | | -$79,606.33 |

\* The value of the retained class period shares during the 90 day lookback period is the average of the trading prices from 02/27/25 to 05/28/25.