UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| FREDERICK ULLOM, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | Case No. 3:25-cv-00779-JR |
| | ) | **[PROPOSED] ORDER GRANTING** |
| Plaintiff, | ) ) | **MOVANT DIAMOND HEAD CAPITAL INTERNATIONAL FUND, L.P.'s** |
| v. | ) ) | **MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL** |
| | ) | **OF SELECTION OF COUNSEL** |
| DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered Movant Diamond Head Capital International Fund, L.P.'s ("Diamond Head Capital") Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and all other documents and argument submitted to this Court, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Diamond Head Capital is appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Johnson Fistel, PLLP is approved as Lead Counsel for the putative class.

IT IS SO ORDERED.

DATED: _____

_____
JOLIE A. RUSSO
United States Magistrate Judge