**AMAN LAW, LLC**
DAVID S. AMAN
14705 SW Millikan Way
Beaverton, Oregon 97003
Telephone: 503.810.0850
david@amanlawpdx.com

*Local Counsel*

**JOHNSON FISTEL, PLLP**
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470.632.6000
michaelf@johnsonfistel.com

*Proposed Lead Counsel and Counsel for Movant*
*Diamond Head Capital International Fund, L.P.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FREDERICK ULLOM, individually and on behalf of a class of similarly situated individuals,<br><br>               Plaintiff,<br><br>v.<br><br>DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK,<br><br>               Defendants. | Case No. 3:25-cv-00779<br><br>**DECLARATION OF DAVID S. AMAN IN SUPPORT OF DIAMOND HEAD CAPITAL INTERNATIONAL FUND, L.P.'s MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, David S. Aman, hereby declare as follows:

1.      I am a member in good standing of the bar of this Court and a principal of Aman Law, LLC, counsel for movant Diamond Head Capital International Fund, L.P. ("Diamond Head Capital"). I submit this declaration in support of the motion filed by Diamond Head Capital for the entry of an order: (1) appointing Diamond Head Capital as Lead Plaintiff; (2) approving Diamond Head Capital's selection of Johnson Fistel, PLLP as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Private Securities Litigation Reform Act of 1995 ("PSLRA") notice announcing the filing of the *Ullom* action on May 9, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Diamond Head Capital's PSLRA Certification.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Diamond Head Capital's PSLRA loss estimate, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2025.

*/s/      David S. Aman*
DAVID S. AMAN

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/  David S. Aman
DAVID S. AMAN