# EXHIBIT A

Schall Law Firm Announces that it has Filed a Securities Class Action ...          about:reader?url=https%3A%2F%2Fwww.businesswire.com%2Fnew...

Case 3:25-cv-00779-JR    Document 25-1    Filed 07/07/25    Page 2 of 3

businesswire.com

# Schall Law Firm Announces that it has Filed a Securities Class Action Lawsuit on Behalf of Shareholders of the Digimarc Corporation

*The Schall Law Firm*

~3 minutes

LOS ANGELES--(BUSINESS WIRE)--The Schall Law Firm, a national shareholder rights litigation firm, announces that it has filed a class action lawsuit in the United States District Court for the District of Oregon (Portland Division), captioned *Ullom v. Digimarc Corporation, et al.*, Case No. 3:25-cv-00779-JR, on behalf of persons and entities that purchased or otherwise acquired Digimarc Corporation ("Digimarc" or the "Company") (NASDAQ: DMRC) securities between **May 3, 2024 and February 26, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. A large commercial partner of Digimarc would not renew its contract on the same terms. As a result, the Company would renegotiate the large commercial contract. Based on this renegotiation, the Company's subscription revenue and annual recurring revenue would be adversely affected. Based on these facts, the Company's public statements were false and materially misleading throughout the class period. When the market learned the truth about Digimarc, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

Schall Law Firm Announces that it has Filed a Securities Class Action ...		about:reader?url=https%3A%2F%2Fwww.businesswire.com%2Fnew...

Case 3:25-cv-00779-JR     Document 25-1     Filed 07/07/25     Page 3 of 3

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**SOURCE:**

The Schall Law Firm