# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Christine Ma, as a Director of Aisance Asset Management Limited, which is the investment manager of Diamond Head Capital International Fund, L.P. ("Plaintiff"), and as an Authorized Signatory for Plaintiff, and having the authority and personal knowledge to provide this Certification and to initiate and pursue litigation on behalf of Plaintiff on an individual or representative basis, hereby certify as follows:

1.     I have reviewed the Class Action Allegation Complaint filed in *Ullom v. Digimarc Corporation*, No. 3:25-cv-00779 (D. Ore.) and have authorized Johnson Fistel, PLLP to move for the appointment of Plaintiff as lead plaintiff in that action, and to file a similar complaint.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transactions during the Class Period in the securities that are the subject of this action:  *See* Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __23__ day of June 2025.



Christine Ma,
On behalf of Diamond Head Capital International Fund, L.P.

1

Schedule A
Digimarc Corporation (DMRC) Transactions – Diamond Head Capital International Fund, L.P.
Class Period: May 3, 2024 and February 26, 2025

| Date | Buy/Sell | # of Shares | Price/Share |
|---|---|---|---|
| 1/6/25 | Buy | 1,802 | $46.2464 |
| 1/7/25 | Buy | 198 | $47.2600 |
| 2/4/25 | Buy | 2,000 | $37.1214 |
| 2/5/25 | Buy | 1,565 | $37.2490 |
| 2/21/25 | Sell | 783 | $27.4151 |

2