# EXHIBIT C

Digimarc Corporation (DMRC)
Diamond Head Capital International Fund, L.P. - PSLRA Financial Interest Analysis
Class Period:  May 3, 2024 - February 26, 2025

**Purchased:**

**Sold/Retained:**

| Date | Shares | Price | Total | Date | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|---|
| 1/6/2025 | 1,802 | $ 46.2464 | $ 83,336.01 | 2/21/2025 | 783 | $ 27.4151 | $ 21,466.02 | |
| 1/7/2025 | 198 | $ 47.2600 | $ 9,357.48 | Held* | 4,782 | $ 13.3600 | $ 63,887.52 | |
| 2/4/2025 | 2,000 | $ 37.1214 | $ 74,242.80 | | | | | |
| 2/5/2025 | 1,565 | $ 37.2490 | $ 58,294.69 | | | | | |
| Total | 5,565 | | $ 225,230.98 | | 5,565 | | $ 85,353.54 | ($139,877.43) |

\* For shares retained at the end of the Class Period, price is the average closing price beginning February 27, 2025 through May 28, 2025.