**AMAN LAW, LLC**
DAVID S. AMAN
14705 SW Millikan Way
Beaverton, Oregon  97003
Telephone: 503.810.0850
david@amanlawpdx.com

*Local Counsel*

**JOHNSON FISTEL, PLLP**
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470.632.6000
michaelf@johnsonfistel.com

(Additional Counsel Listed on Signature Page)

*Proposed Lead Counsel and Counsel for Movant*
*Diamond Head Capital International Fund, L.P.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FREDERICK ULLOM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DIGIMARC CORPORATION, RILEY MCCORMACK, and CHARLES BECK,<br><br>Defendant(s). | Case No. 3:25-cv-00779-JR<br><br>**DIAMOND HEAD CAPITAL INTERNATIONAL FUND, L.P.'s REPLY IN FURTHER SUPPORT OF ITS LEAD PLAINTIFF MOTION** |

LEAD PLAINTIFF MOTION REPLY BRIEF

Movant Diamond Head Capital International Fund, L.P. ("Diamond Head Capital") respectfully submits this memorandum in further support of its motion for appointment as lead plaintiff (*see* ECF 24-25).

On July 7, 2025, pursuant to the Private Securities Litigation Reform Act of 1995, as amended, 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff movant Diamond Head Capital timely filed its motion for appointment as lead plaintiff and for approval of its selection of Johnson Fistel, PLLP as lead counsel. ECF 24-25. On July 21, 2025, Diamond Head Capital opposed Frederick Ullom's ("Mr. Ullom") competing motion for appointment (ECF 21-23), and demonstrated that it should be appointed lead plaintiff because it is the movant with the largest financial interest and it is also adequate and typical under Rule 23 of the Federal Rules of Civil Procedure. ECF 29. Mr. Ullom has not argued otherwise and has not opposed Diamond Head Capital's motion.

Accordingly, Diamond Head Capital respectfully requests that this Court enter an Order: (1) appointing it as lead plaintiff; (2) approving its selection of Johnson Fistel PLLP as lead counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: August 4, 2025

**JOHNSON FISTEL, PLLP**

*/s/      Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470.632.6000
michaelf@johnsonfistel.com

JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303.861.1764
jeffb@johnsonfistel.com

*Proposed Lead Counsel and Counsel for
Movant Diamond Head Capital
International Fund, L.P.*

**AMAN LAW, LLC**
DAVID S. AMAN
14705 SW Millikan Way
Beaverton, Oregon 97003
Telephone: 503.810.0850
david@amanlawpdx.com

*Local Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.